BEFORE THE SECOND DIVISION, SEPTEMBER 12, 1963

No. 67978.—American Pecco Corp. *v.* United States, protest 62/14309 (Galveston).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

No. 67979.—Marguerite R. Capps *v.* United States, protest 59/6823 (San Diego).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of testers the same in all material respects as the milliammeters or volt-ohm-milliampere meters the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.

No. 67980.—Castelazo & Associates and Fisher Bearings Mfg. Co. *v.* United States, protests 60/31101 and 62/1898 (Los Angeles).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of supercharger parts similar in all material respects to those the subject of *Castelazo & Associates et al.* v. *United States* (49 Cust. Ct. 137, C.D. 2374), the claim of the plaintiffs was sustained.